IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08cr24

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KENNETH FRIEDMAN | ) | |
| | ) | |

**THIS MATTER** is before the Court[1] upon motion of the defendant to approve travel to Orlando, Florida, to visit his daughters. (Doc. No. 10).

Neither the U.S. Probation Office nor the U.S. Attorney's Office objects to the defendant's request. Accordingly, the Court finds, in the circumstances of this case, that the safety of the community and the appearance of the defendant will not be affected by this modification.

**IT IS, THEREFORE, ORDERED** that the defendant's conditions of pretrial release are amended to allow his travel out of the State of North Carolina between August 22, 2008, and August 24, 2008, according to the itinerary detailed in the motion. All other conditions remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: August 21, 2008

Robert J. Conrad, Jr.
Chief United States District Judge

---

[1] Judge Voorhees was unavailable to resolve this motion and consented to it being handled by Chief Judge Conrad. (See Misc. No. 3:07mc61: Case Assignment Order at 3).